JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MICHAEL YANCY, | ) | No. SACV 06-356-JFW(CW) |
| | ) | |
|     Petitioner, | ) | JUDGMENT |
| | ) | |
|     v. | ) | |
| | ) | |
| TOM VOSS, | ) | |
| | ) | |
|     Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>April 22, 2011</u>

                                                _____
                                                JOHN F. WALTER
                                                United States District Judge